# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2223

_____

Joshua Kyle Hatfield,                    *
                                         *
            Appellant,                   *
                                         *    Appeal from the United States
      v.                                 *    District Court for the
                                         *    Southern District of Iowa.
Jason Wilson; Jay Nelson; Jenny Smith;   *
Sarah Beth Schurr; Marty Frazer; K-9     *    [UNPUBLISHED]
Officer; Doug Buttikofer; Gale           *
Huckins; Lars Rude; Tyrell Dermer;       *
Ron Mullins; Jeff Crane,                 *
                                         *
            Appellees.                   *

_____

Submitted: September 24, 2010
Filed: September 30, 2010

_____

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

      Iowa inmate Joshua Hatfield appeals from orders of the District Court[1] dismissing his 42 U.S.C. § 1983 action and denying his motion for leave to amend his complaint. We conclude that dismissal was proper for the reasons the District Court stated and that the denial of leave to amend was not an abuse of discretion. See

_____

[1]The Honorable Robert W. Pratt, Chief Judge, United States District Court for the Southern District of Iowa.

Humphreys v. Roche Biomedical Labs., 990 F.2d 1078, 1082 (8th Cir. 1993). Accordingly, we affirm the judgment of the District Court. See 8th Cir. R. 47B.

_____